**Tashina L. FISH, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Commissioner of Social Security Administration, Defendant–Appellee.**

No. 12–35882.

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 2014.*

Filed April 18, 2014.

Michael A. Bliven, Esquire, Anderson & Bliven, Kalispell, MT, for Plaintiff–Appellant.

Meghan Frei Berglind, Special Assistant U.S., SSA–Social Security Administration General Counsel's Office, Region VIII, Denver, CO, George F. Darragh, Jr., Assistant U.S., USGF–Office of the U.S. Attorney, Great Falls, MT, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, and RAWLINSON and BEA, Circuit Judges.

MEMORANDUM **

Reviewing the decision of the district court de novo, we conclude that substantial evidence supports the administrative law judge's denial of disability benefits. *See Hill v. Astrue*, 698 F.3d 1153, 1158 (9th

Cir.2012). Although Tashina Fish suffered from a severe cognitive impairment, her back problems were not a severe physical impairment. Therefore, she retained the capacity to perform unskilled work with certain limitations.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

